# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL R. NACK, individually and on behalf of all others similarly-situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REED ELSEVIER, INC.,<br><br>　　　　Defendant. | Cause No. 4:12-CV-00780 - AGF |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Michael R. Nack, and Defendant, Reed Elsevier, Inc., pursuant to Rule 41 (a) (1) (A) (ii), hereby stipulate to the dismissal of Plaintiff's claims in this action without prejudice.

This stipulation is being filed pursuant to the Court's Order of March 15, 2013 (Doc #49).

Dated: April 10, 2013

| | |
|---|---|
| /s/  Max G. Margulis<br>Max G. Margulis, #24325MO<br>**MARGULIS LAW GROUP**<br>28 Old Belle Monte Rd.<br>Chesterfield, MO 63017<br>Telephone:  (636) 536-7022<br>Fax:  (636) 536-6652<br>E-Mail: MaxMargulis@MargulisLaw.com<br>*Attorney for Plaintiff* | /s/ Jason P. Stiehl<br>Jason P. Stiehl, #6276001IL<br>**SEYFARTH SHAW LLP**<br>131 S. Dearborn Street, Suite 2400<br>Chicago, IL 60603<br>Telephone: (312) 460-5568<br>Fax: (312) 460-7568<br>E-Mail: jstiehl@seyfarth.com<br>*Attorney for Defendant* |